The Jamaica Gas Light Company, Appellant, v. Lewis Nixon, Constituting the Public Service Commission of the State of New York for the First District, and Others, Respondents.— Order modified by striking out, the first two conditions of the order, and as so modified affirmed, with ten dollars costs and disbursements to appellant. No opinion. Present — Clarke, P. J., Dowling, Smith and Page, JJ.

Charlotte P. Munn, Respondent, v. Harry T. Dunn, Appellant.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

George G. Brandenburg and Others, as Copartners, etc., Respondents, v. Eclipse Machine Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page and Greenbaum, JJ.

Joseph L. Prager, Respondent, v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey, Appellant. (Appeal No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Joseph L. Prager, Respondent, v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey, Appellant. (Appeal No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Joseph L. Prager, Respondent, v. New Jersey Fidelity and Plate Glass Insurance Company of Newark, New Jersey, Appellant. (Appeal No. 3.) — Order, so far as it denies motion to open default and serve answer, reversed, with ten dollars costs and disbursements, and motion to open default granted on payment of costs before notice of trial and disbursements of entering judgment; the judgment to stand as security. Leave to serve proposed answer in ten days granted on payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Job E. Hedges, as Receiver of the New York Railways Company, Respondent, v. John F. Hylan and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling Smith, Page and Greenbaum, JJ.

Reba E. Minford, Respondent, v. Richard L. Minford, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Leopold Gelberg and Another, Appellants, v. Standard Match Company, Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

John B. Calvert, Respondent, v. Walter J. Salmon, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.